**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| STEVEN JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV 05-04041 PHX DGC MEA |
| | ) | |
| JOSEPH M. ARPAIO, | ) | REPORT AND RECOMMENDATION |
| | ) | FOR DISMISSAL |
| Defendant. | ) | WITHOUT PREJUDICE |
| _____ | ) | |

Plaintiff filed his complaint on December 12, 2005. On January 11, 2006, the Court ordered Plaintiff to complete and return a service packet for Defendant to the Court by January 31, 2006. That order warned Plaintiff that his failure to timely comply with the provisions of the order would result in the dismissal of the complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure. The civil docket in this matter indicates that Plaintiff never returned a service packet for Defendant to the Court.

Plaintiff was warned that his failure to acquire a waiver of service from Defendant or to complete service of process on Defendant within 120 days of the date that he filed his complaint, by April 10, 2006, would result in the dismissal of the complaint pursuant to Rule 4(m), Federal Rules of Civil Procedure, and Rule 16.2(b)(2)(B), of the United States District

1  Court for the District of Arizona Local Rules of Civil

2  Procedure.  The civil docket in this matter indicates Plaintiff

3  has failed to acquire a waiver of service from Defendant or to

4  complete service of process on Defendant.

5          On April 11, 2006, the Court gave Plaintiff until May

6  19, 2006, to show cause why this case should not be dismissed

7  for Plaintiff's failure to comply with the Court's order of

8  January 11, 2006, and Plaintiff's failure to effect service of

9  process on Defendant as required by the Court's order of January

10 11, 2006, and Rule 4, Federal Rules of Civil Procedure.  The

11 Order to Show Cause sent to Plaintiff at his last known address

12 was not returned as undeliverable; Plaintiff did receive notice

13 of the Court's intent to dismiss this matter.  Plaintiff has

14 failed to show cause for his failure to abide by the Court's

15 orders and to effect service of process on Defendant.

16          **THEREFORE**, **IT IS RECOMMENDED that** this case be

17 dismissed for Plaintiff's failure to serve the Defendant in this

18 matter and for Plaintiff's failure to comply with the Court's

19 order of January 11, 2006.

20

21          This recommendation is not an order that is

22 immediately appealable to the Ninth Circuit Court of Appeals.

23 Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of

24 Appellate Procedure, should not be filed until entry of the

25 district court's judgment.

26          Pursuant to Rule 72(b), Federal Rules of Civil

27 Procedure, the parties shall have ten (10) days from the date of

28 service of a copy of this recommendation within which to file

1  specific written objections with the Court.   Thereafter, the

2  parties have ten (10) days within which to file a response to

3  the objections.   Failure to timely file objections to any

4  factual or legal determinations of the Magistrate Judge will be

5  considered a waiver of a party's right to de novo appellate

6  consideration of the issues.  See United States v. Reyna-Tapia,

7  328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).   Failure to

8  timely file objections to any factual or legal determinations of

9  the Magistrate Judge will constitute a waiver of a party's right

10  to appellate review of the findings of fact and conclusions of

11  law  in  an  order  or  judgment  entered  pursuant  to  the

12  recommendation    of    the    Magistrate    Judge.

13           DATED this 1st day of June, 2006.

14

15  _____

16  Mark E. Aspey
   United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

-3-